UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| GERALD JOHANNES, | ) | No. CV 02-03197-SVW (VBK) |
| Plaintiff, | ) | ORDER (1) ACCEPTING AND ADOPTING THE FINAL REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE COMPLAINT |
| v. | ) | |
| COUNTY OF LOS ANGELES, et al., | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Final Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Amended Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Final Report and Recommendation, and (2) directing that Judgment be entered dismissing the Complaint, and the action, with prejudice.

DATED: December 5, 2011

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE